UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

v.                                       ORDER ADOPTING
                                        REPORT AND RECOMMENDATION

Donald Wayne Yellow,                 Criv. No. 17-282 (MJD/LIB)

       Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

Defendant's Pretrial Motion to Suppress Statements, [Docket No. 24], is **DENIED**.


DATED: March 7, 2018                       s/Michael J. Davis
At Minneapolis, Minnesota              Michael J. Davis
                                              United States District Court Judge